## AARON v. KIRKLAND et al.

GILBERT, J. On conflicting evidence the judge did not abuse his discretion in refusing an interlocutory injunction.

　　　　　　　　　　*Judgment affirmed. All the Justices concur.*

　　　　　　　　No. 3951. JANUARY 17, 1924.

Petition for injunction. Before Judge Highsmith. Jeff Davis superior court. August 7, 1923.

*John Rogers Jr.,* for plaintiff. *J. R. Slater,* for defendants.